UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FRANCIS FISHER, aka Sonny Barger, II,<br><br>    Petitioner,<br><br>    v.<br><br>SACRAMENTO COUNTY SUPERIOR COURTS,<br><br>    Respondent. | No. 2:17-cv-0693-EFB P<br><br>ORDER |

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. *See* ECF No. 13. Because petitioner challenges a sentence imposed by the Kern County Superior Court, petitioner should have commenced this action in the Fresno Division of the United States District Court for the Eastern District of California. *See* E.D. Cal., Local Rule 120(d). When a civil action has not been commenced in the proper division of a court, the court may transfer the action to the proper division. *See* E.D. Cal., Local Rule 120(f).

    Accordingly, it is hereby ordered that:

    1. This action is transferred to the district court in Fresno.

    2. The Clerk of Court shall assign a new case number.

/////

/////

3. All future filings shall bear the new case number and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

Dated: May 8, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2